UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARA ETHERIDGE.,

Plaintiff,

-against-

REFEREE JACOB MAEROFF; JUAN PAEZ (COURT CLERK); JONATHAN NELSON (OPPOSING COUNSEL); ELIEN SIGAL (ATTORNEY FOR THE CHILD); ELIZABETH RIVERA; CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT (NYPD); NEW YORK STATE OFFICE OF FAMILY COURT.,

Defendants.

25 CIVIL 08707 (LTS)

# **CIVIL JUDGMENT**

For the reasons stated in the July 20, 2026, second order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge